

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Petitioner: Saul Conchas-Valdez

Civil Action No.  25-cv-2469-DMS-VET

**Plaintiff,**

V.

Respondents: See Attachment

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DECLARES Petitioner's detention unlawful and GRANTS the petition for writ of habeas corpus. This Court hereby ORDERS Respondents to release Petitioner from custody within 48 hours. The parties are ORDERED to file a Joint Status Report by October 10, 2025, confirming that Petitioner has been released. Further, in aid of the Court's jurisdiction, The Court ORDERS that Respondents are enjoined from re-detaining Petitioner during the pendency of his removal proceedings without prior leave of this Court. 28 U.S.C. § 1651.

Date:     10/6/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ B. Chandler

B. Chandler, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>25-cv-2469-DMS-VET</u>

Respondents:
Jeremy Casey, Facility administrator at the Imperial Regional Detention Facility; Gregory J. Archambeault, Director of the U.S. Immigration and Customs Enforcement San Diego Field Office; Todd Lyons, acting Director of U.S. Immigration and Customs Enforcement; Kristi Noem, Secretary of the U.S. Department of Homeland Security; Pam Bondi, U.S. Attorney General